Barry Knudsen
71 Birdie Lane 19-4
Branson West, MO 65737

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 29 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## ARIZONA DISTRICT COURT

| | |
|---|---|
| **BARRY KNUDSEN,** ) | |
| ) | |
| Petitioner, ) | Case No. |
| ) | |
| ) | MC-13-00021-PHX-GMS |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | Petition to Quash IRS |
| **INTERNAL REVENUE SERVICE, and** ) | Third Party Summons |
| **GREGORY ALLISON, IRS Agent,** ) | |
| ) | |
| Respondents. ) | |

### PETITION TO QUASH IRS THIRD PARTY SUMMONS

COMES NOW BARRY KNUDSEN, Petitioner, *pro se*, and petitions this Court to quash Internal Revenue Service Third Party Administrative Summonses.

### JURISDICTION

1.  This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5 U.S.C. § 552(a).[1]

2.  Venue is proper, because the custodian of records and records sought (the subject of this controversy) by the summonses is American Express Merchant Services, is within the United States District Court – Arizona District Court.

---

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

## PARTIES

3. The Petitioner in this action is Barry Knudsen, (Knudsen), whose address is 71 Birdie Lane 19-4, Branson West, MO 65737.

4. The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and **GREGORY ALLISON, Internal Revenue Agent** (Allison).

5. Allison is the IRS official that issued the alleged summons which is the subject of this controversy. Allison's mailing address is 2937 S. Claremont Ave., Bldg A, Springfield, MO 65804.

6. The Third Party from whom IRS seeks records is – American Express Merchant Services, P.O. Box 53825, Phoenix, AZ 85072-3825.

7. The third party summons was issued to American Express Merchant Services on March 08, 2013 (see Exhibit "A" the IRS summons issued to American Express Merchant Services, a true and correct copy attached hereto). On or about April 01, 2012, American Express Merchant Services is scheduled to comply with the IRS summons, surrendering Knudsen's records to the IRS.

## CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Knudsen alleges as follows:

## I. First Cause of Action Against Respondents

8.   The Summons set forth herein above, is in violation of the statutory summons process and should be quashed because IRS failed to give Knudsen timely notices required by 26 U.S.C., Section 7609(a)(1), *i.e.*, 20 days notice prior to the date set to turn over the records requested. As a consequence Knudsen was not given the opportunity to timely file a Petition to Quash the Summons pursuant to Section 7609(b)(1).

## II. Second Cause of Action Against Respondents

9.   The IRS is in violation of the statutory summons process as they failed to provide Knudsen advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Knudsen with a record of persons contacted by IRS about Knudsen as required by Section 7602(c)(1)&(2).

## III. Third Cause of Action Against Respondents

10.   Knudsen alleges upon information and belief that the summonses, and each of them, were issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section 7602(d)(2)(A).

## IV. Fourth Cause of Action Against Respondents

11.   Because of the violations and abuses of the summonses process as alleged within paragraphs 8 through 10, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell*[2] standard.

---

[2] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

### V. Fifth Cause of Action Against Respondents

12. Respondents, contrary to law have caused, or will cause, Knudsen's records to be turned over to the IRS by American Express Merchant Services in violation of the Privacy Laws of the United States of America.

### VI. Sixth Cause of Action Against Respondents

13. Respondents contrary to law will cause, or has caused, Knudsen's records to be turned over to the IRS by American Express Merchant Services in violation of the Privacy Laws of the State of Missouri and in violation of Knudsen's United States Constitutionally protected rights under the 4th and 14th Amendment of the U.S. Constitution.

### PRAYER FOR RELIEF

Wherefore, Knudsen respectfully requests that this Court:

1. QUASH the third party administrative summons of March 08, 2013, to American Express Merchant Services for the records pertaining to BARRY KNUDSEN, and;

2. Knudsen any and all other relief that the Court deems just and prudent, the foregoing considered.

Dated: 3/25/13

*Barry Knudsen*
BARRY KNUDSEN, Petitioner, Pro Se
71 Birdie Lane 19-4
Branson West, MO 65737

## CERTIFICATE OF SERVICE

I, BARRY KNUDSEN, certify that **pursuant to IRC §7609(b)(2)(B)** true copies of the attached "Petition To Quash IRS Third Party Summons" have been served, on this 26 day of March, 2013, via Certified Mail to each of the following parties:

Cert. Mail # 7008 1300 0001 9169 9330
Internal Revenue Service
Gregory Allison, IRS AGENT
2937 S. Claremont Ave., BLDG A
Springfield, MO 65804

Cert. Mail # 7008 1300 0001 9169 9347
American Express Merchant Services
P.O. Box 53825
Phoenix, AZ 85072-3825

*Barry Knudsen*
BARRY KNUDSEN, *pro se*

Cc: United States District Court
Arizona District Court
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Room 130
Phoenix, AZ 85003